IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LINDA PASSINEAU,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-842-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the decision of defendant Michael Astrue, Commissioner of Social Security, is affirmed and plaintiff Linda Passineau's appeal is dismissed.

_____    _____
Peter Oppeneer, Clerk of Court                      8/28/2012
                                                                                    Date