IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LINDA PASSINEAU,

                                          ORDER

                Plaintiff,

                                          11-cv-842-bbc

   v.

MICHAEL ASTRUE,
Commissioner of Social Security,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Linda Passineau has filed an application for leave to proceed in forma pauperis on appeal from this court's judgment affirming the commissioner's decision to deny her application for social security disability benefits. Plaintiff was found indigent for the purposes of filing his civil action in this court and is entitled to proceed in forma pauperis on appeal unless I certify that her appeal is not taken in good faith. I do not intend to certify that her appeal is not taken in good faith. 28 U.S.C. § 1915(a)(3).

Accordingly, plaintiff's application for leave to proceed in forma pauperis on appeal is GRANTED.

Entered this 23d day of October, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge