IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LINDA PASSINEAU,

                                                                  ORDER

            Plaintiff,

                                                      11-cv-842-bbc

    v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Upon the defendant's unopposed motion to remand, the court of appeals has remanded this case under Circuit Rule 57 for further proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g).

ORDER

      IT IS ORDERED that this case is remanded to the Commissioner of Social Security for further proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g).

      Entered this 22d day of April, 2013.

                                                BY THE COURT:
                                                /s/
                                                BARBARA B. CRABB
                                                District Judge