IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LINDA PASSINEAU,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-842-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This is case is remanded to the Commissioner of Social Security for further proceedings pursuant to sentence sixth of 42 U.S.C.§ 405(g).

_____       4/24/13
Peter Oppeneer, Clerk of Court      Date