IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LINDA PASSINEAU,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-842-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Linda Passineau against defendant Carolyn W. Colvin awarding plaintiff attorney fees and costs under the Equal Access to Justice Act in the amount of $12,000.00.

_____    9/20/13
Peter Oppeneer, Clerk of Court          Date